

Brittany Buccellato

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7196
brittany.buccellato@akerman.com

July 1, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   Applegate v. The Mount Sinai Hospital**
       **23 Civ. 6981 (JLR)**

> The request to hold the post-discovery conference virtually is GRANTED.  Counsel must submit an appearance sheet pursuant to the Court's Individual Rule 2(B) by **August 21, 2024**, and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.
>
> Dated: July 1, 2024
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Judge Rochon:

On behalf of our client, The Mount Sinai Hospital ("Mount Sinai"), and pursuant to the Court's Individual Rules of Practice in Civil Cases 1(F), I write to make a request that the post-discovery conference scheduled for August 28, 2024 at 10:00 a.m. be either: (i) held virtually or (ii) adjourned.  This is the first request for an adjournment of the post-discovery conference.  The reason for this request is that I will be on vacation on August 28 and unable to attend the conference in-person.

I communicated with counsel for Plaintiff and he consents to this request.  Counsel for both parties are available to attend the conference in-person on September 4 or September 5 or in the afternoon of September 10 or the morning of September 11.

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc:   Bruce Menken, Esq., Counsel for Plaintiff (via ECF)

akerman.com