UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM APPLEGATE,<br><br>                 Plaintiff,<br><br>-against-<br><br>THE MOUNT SINAI HOSPITAL,<br><br>                 Defendant. | Case No. 1:23-cv-06981 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record on June 17, 2025, Defendant's motion for summary judgment is DENIED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 45. The parties shall file their joint pretrial order and other pretrial submissions by **August 5, 2025**. A final pretrial conference will be held on **October 14, 2025** at **11:00 a.m**. and a jury trial will commence on **October 20, 2025**.

Dated: June 17, 2025
       New York, New York

                                          SO ORDERED.

                                          _Jennifer Rochon_
                                          JENNIFER L. ROCHON
                                          United States District Judge