**APPLEGATE v. MOUNT SINAI HOSPITAL, No. 23-cv-6981-JLR (SDNY)**     Joint Pre-Trial Order, Attachment C - Calculation of Damages Claimed by Plaintiff

### I. LOST WAGES

|  | Per Year | Per Week |
|---|---|---|
| Mount Sinai Salary | $175,000.00 | $3,365.38 |
| Montefiore Salary | $125,000.00 | $2,403.85 |

|  | Length of Time (Wks) | Amount |
|---|---|---|
| Back Pay (3/11/23-10/24/25) | 137 | $461,057.69 |
| Front Pay (10/25/25-6/9/28) | 137 | $461,057.69 |
| Employment at Montefiore (11/1/23-7/23/24) | 38 | $91,346.15 |
| Total Back Pay Less Mitigation |  | $369,711.54 |
| Total Front Pay |  | $461,057.69 |
| **Total Lost Wages** |  | **$830,769.23** |

### Relevant Time Periods:

| | |
|---|---|
| Anticipated trial dates | 10/20/25 - 10/24/25 |
| Employment at Mount Sinai | 9/12/22 - 3/10/23 |
| Employment at Montefiore | 11/1/23 - 7/23/24 |
| Back Pay Period | 3/11/23 - 10/24/25 |
| Front Pay Period* | 10/25/25 - 6/9/28 |
| Mount Sinai health /benefits coverage | ended 3/31/2025 |
| Montefiore health/benefits coverage | 11/1/23 - 7/31/24 |

*Plaintiff intends to keep working until he turns 80 years old on June 9, 2028.

### II. LOST RETIREMENT BENEFITS (PAST AND FUTURE)

|  |  |
|---|---|
| Mount Sinai 403(b) Matching After 1 Year | 8% |
| Employer Contributions Per Year | $14,000.00 |
| Employer Contributions Per Week | $269.23 |

|  | Length of Time (Wks) | Amount |
|---|---|---|
| Past 403(b) Benefits (9/12/23-10/24/25) | 110.5 | $29,750.00 |
| Future 403(b) Benefits (10/25/25-6/9/28) | 137 | $36,884.62 |
| Total Past |  | $29,750.00 |
| Total Future |  | $36,884.62 |
| **Total Lost Retirement Benefits** |  | **$66,634.62** |

### Estimated Employer Contributions to Health Coverage:

**MEDICAL W/ RX**

| | |
|---|---|
| Employee deductions per pay period | $344.66 |
| Employee deductions per month | $689.32 |
| COBRA premium less 2% admin charge | $1,591.04 |
| Difference | $901.72 |

**DENTAL**

| | |
|---|---|
| Employee deductions per pay period | $41.13 |
| Employee deductions per month | $82.26 |
| COBRA premium less 2% admin charge | $89.08 |
| Difference | $6.82 |

**VISION**

| | |
|---|---|
| Employee deductions per pay period | $3.91 |
| Employee deductions per month | $7.82 |
| COBRA premium less 2% admin charge | $8.48 |
| Difference | $0.66 |

| | |
|---|---|
| **Total Employer Contributions per Month** | **$909.20** |

### III. LOST HEALTH BENEFITS (PAST AND FUTURE)

|  | Per Month | Per Week |
|---|---|---|
| Mount Sinai Employer Contributions | $909.20 | $227.30 |

|  | Length of Time (wks) | Amount |
|---|---|---|
| Past Health Benefits (4/1/23-10/31/23, 8/1/24-10/24/25) | 94.5 | $21,479.82 |
| Future Health Benefits (10/25/25-6/9/28) | 137 | $31,140.06 |
| Total Past |  | $21,479.82 |
| Total Future |  | $31,140.06 |
| **Total Lost Health Benefits** |  | **$52,619.88** |

**IV. LOST LIFE INSURANCE BENEFITS (PAST AND FUTURE)**

|  | Per Month | Per Week |
|---|---|---|
| Mount Sinai Employer Contributions | $918.80 | $229.70 |
|  | Length of Time (wks) | Amount |
| Past Life Ins Benefits (4/1/23-10/31/23, 8/1/24-10/24/25) | 94.5 | $21,706.65 |
| Future Life Ins Benefits (10/25/25-6/9/28) | 137 | $31,468.90 |
| Total Past |  | $21,706.65 |
| Total Future |  | $31,468.90 |
| **Total Lost Life Insurance Benefits** |  | **$53,175.55** |

**Estimated Employer Contributions to Life Insurance:**

| | |
|---|---|
| Employee deductions per pay period | $61.20 |
| Employee deductions per month | $122.40 |
| COBRA premium less 2% admin charge | $980.00 |
| Difference | $918.80 |
| Total Employer Contributions per Month | $918.80 |

**V. GRAND TOTALS**

| | |
|---|---|
| Back Pay | $369,711.54 |
| Front Pay | $461,057.69 |
| Lost Retirement Benefits (Past) | $29,750.00 |
| Lost Retirement Benefits (Future) | $36,884.62 |
| Lost Health Benefits (Past) | $21,479.82 |
| Lost Health Benefits (Future) | $31,140.06 |
| Lost Life Insurance Benefits (Past) | $21,706.65 |
| Lost Life Insurance Benefits (Future) | $31,468.90 |
| **Total Compensatory Damages** | **$1,003,199.28** |
| **Est. Prejudgment Interest on Past Damages (9%)*** | **$39,838.32** |

* "'In a diversity case, state law governs the award of prejudgment interest.'" *Granite Ridge Energy, LLC,* 979 F.Supp.2d 385, 391 (SDNY 2013); CPLR § 5004.