**WILLIAM APPLEGATE**

**VOIR DIRE QUESTIONS**

**<u>Personal</u>**

1. The Plaintiff in this case is William Applegate.  Do you know, have you heard of, or are you related to him, or any of his family members?

2. What is your educational background?

3. Where do you live today?

4. Do you own or rent your home?

5. Do you live with someone?

6. If so, what is that person's or persons' occupation?

7. Are you married, or have you ever been married?

8. Do you have any children?

9. How many children do you have?

10. What are your children's ages?

11. What are their occupations, if any?

12. Do you belong to any clubs, teams, or community organizations?  If so, please describe them.

13. Are you or a family member a lawyer?

14. Are you or a family member a medical doctor?

    a. What specialty, if any?

15. Are you or a family member a psychiatrist, therapist, or mental health professional?

16. Do you or a family member work in the field of Marketing?

17. Have you or any of your relatives or close friends ever worked in the fields of labor relations, personnel management, or human resources?  If so, please state when and describe the circumstances.

18. Have you or a family member ever been employed at a hospital?

**Employment History**

19.    What is your occupation?

20.    Please describe your present position.

21.    How long have you been employed there?

      a.    If less than one year, where were you employed previously?

      b.    In what capacity?

      c.    For how long?

22.    How long have you been active in that field?

23.    What are your job duties?

24.    Do you supervise any employees?

25.    Do you have any responsibility for hiring, promoting, or terminating others?  If yes, please explain.

26.    Have you ever recommended the termination or demotion of an employee? If yes, please explain.

27.    If self-employed, what is the nature of your business?

28.    Do you feel that your work experience or that of your spouse or any family member will have any bearing on your decision in this case?  If yes, please explain.

**Do You Know:**

29.    Do you, your spouse or any member of your immediate family, or any personal friend, know any of the following individuals?  If yes, please describe the nature of the relationship:

      a.    Dr. Ashutosh Tewari

      b.    Darren Deoraj

      c.    Shalini Gujral

      d.    Susan Klein

      e.    Terri Levine

      f.    Bruce Menken (counsel for Plaintiff)

g.      Raya Saksouk (counsel for Plaintiff)

h.      Scott Simpson (counsel for Plaintiff)

i.       Samuel Salinger (counsel for Plaintiff)

j.       Rory McEvoy (counsel for Defendant)

k.      Brittany Buccellato (counsel for Defendant)

l.       Colby Berman (counsel for Defendant)

**Mount Sinai**

30.     Have you or a member of your family ever been employed by The Mount Sinai Hospital, Mount Sinai Beth Israel, Mount Sinai Brooklyn, Mount Sinai West, Mount Sinai Morningside, the Icahn School of Medicine at Mount Sinai, Mount Sinai Queens, Mount Sinai South Nassau, or New York Eye and Ear Infirmary?

a.      If so, when?

b.      What position did you or they hold?

c.      Where did you or they work?

d.      If no longer employed, why did you or they leave?

e.      Are you or they working since being employed at the hospital?

31.     Have you or any member of your family ever been a patient at The Mount Sinai Hospital, Mount Sinai Beth Israel, Mount Sinai Brooklyn, Mount Sinai West, Mount Sinai Morningside, the Icahn School of Medicine at Mount Sinai, Mount Sinai Queens, Mount Sinai South Nassau, or New York Eye and Ear Infirmary?

a.      If so, when?

b.      How would you describe your or your family member's experience at The Mount Sinai Hospital, Mount Sinai Beth Israel, Mount Sinai Brooklyn, Mount Sinai West, Mount Sinai Morningside, the Icahn School of Medicine at Mount Sinai, Mount Sinai Queens, Mount Sinai South Nassau, or New York Eye and Ear Infirmary?

c.      How would you describe the treatment that you or your family member received at The Mount Sinai Hospital, Mount Sinai Beth Israel, Mount Sinai Brooklyn, Mount Sinai West, Mount Sinai Morningside, the Icahn School of Medicine at Mount Sinai, Mount Sinai Queens, Mount Sinai South Nassau, or New York Eye and Ear Infirmary?

32.     Have you, your spouse, or any member of your immediate family, or any personal friend ever had a dispute with The Mount Sinai Hospital, Mount Sinai Beth Israel, Mount Sinai Brooklyn, Mount Sinai West, Mount Sinai Morningside, the Icahn School of Medicine at Mount Sinai, Mount Sinai Queens, Mount Sinai South Nassau, or New York Eye and Ear Infirmary?

       a.     If so, what was the nature of the dispute?

       b.     Would this experience affect your ability to decide this case in an impartial manner?

33.     Have you read anything about The Mount Sinai Hospital, Mount Sinai Beth Israel, Mount Sinai Brooklyn, Mount Sinai West, Mount Sinai Morningside, the Icahn School of Medicine at Mount Sinai, Mount Sinai Queens, Mount Sinai South Nassau, or New York Eye and Ear Infirmary or seen anything about them on television that has influenced or affected your opinion of them?

**Employment Disputes And Issues**

34.     Do you think on the whole that hospitals treat their employees fairly? If not, please explain.

35.     Do you think on the whole that employers treat fairly employees who complain to their employer? If not, please explain.

36.     Have you or any members of your family or any of your close friends ever been involved in a lawsuit regarding retaliation, or against an employer?

       a.     How many times?

       b.     When was the lawsuit filed?

       c.     What was the outcome?

37.     Have you or a family member ever made a complaint of unlawful business practices or regarding an employment practice to someone at your place of work?

       a.     What were the circumstances surrounding that complaint?

       b.     What was the result?

       c.     Would anything about that experience influence you in reaching a decision in this case?

38.     Have you, a family member, or a close friend ever complained to any employer for any other reason?

39.     Have you, a family member, or a close friend ever felt or believed that you or they were mistreated by an employer due to making a complaint to that employer?

4

40.     Have you, a family member, or a close friend ever witnessed mistreatment of an employee by an employer due to an employee's complaining to that employer?

41.     Have you, a family member, or a close friend ever witnessed mistreatment of an employee by an employer for any other reason?

42.     Have you, a family member, or a close friend ever had any trouble with human resources, employment procedures or practices, or paperwork related to your or their employment?

43.     Have you, a family member, or a close friend ever been disciplined at work?  If yes, please explain.

44.     Have you, a family member, or a close friend ever felt that a supervisor unfairly evaluated you or their work performance?  If yes, please explain.

45.     Have you ever worked in an environment where someone made a complaint about business practices? How was that situation handled?

46.     Have you, a family member, or a close friend ever made a complaint with an outside agency such as the Equal Employment Opportunity Commission about discrimination, retaliation, or any problem in the workplace?  [If yes, may be explained privately.]

47.     Have you, a family member, or a close friend ever worked or had contact with the Equal Employment Opportunity Commission?  If yes, please describe.

48.     Have you, a family member, or a close friend ever worked or had contact with the New York State Division of Human Rights, the New York City Commission on Human Rights, or the human rights agency of any other state, county, or city?  If yes, please describe.

49.      Have you ever believed that you could have filed a lawsuit but chose not to do so?  If yes, please explain.

50.     Have you or any members of your family or any of your close friends ever brought any other lawsuit against anyone? [May be discussed in private.]

        a.      What type of claim or suit?

        b.      Was it brought in court or in another place, like a government agency or before any arbitrator?

        c.      Did it go to a hearing or to trial?

        d.      Was it decided in court or settled?

        e.      Did you feel you (or the claimants) were treated fairly?

5

f.      Would anything about that experience influence you in reaching a decision in this case?

51.    Has anyone ever brought a claim or lawsuit against you or any member of your family or any of your close friends? [May be discussed in private.]

g.      What type of claim or suit?

h.      Was it brought in court or in another place, like a government agency or before any arbitrator?

i.      Did it go to a hearing or to trial?

j.      Was it decided in court or settled?

k.      Did you feel either side was treated unfairly?

l.      Would anything about that experience influence you in reaching a decision in this case?

52.    Have you, your spouse, or any member of your immediate family, or any personal friend ever been employed by a company that was accused of unfair employment practices?

53.    Have you, your spouse, or any member of your immediate family, or any personal friend ever been employed by a company that treated an employee unfairly but was never accused of any inappropriate conduct?

54.    Have you or a family member ever been accused of retaliation in the workplace? [If yes, may be explained privately.]

55.    Do you believe that employees who report suspected wrongdoing are generally acting in good faith, or do you think some may have other motives?

56.    How do you feel about employees who report their employer's conduct to authorities or management?

57.    Do you think whistleblowers should always be protected from any negative consequences at work, regardless of the circumstances?

58.    Do you believe that employers often retaliate against employees who make complaints, or do you think such claims are sometimes exaggerated?

59.    Would you be able to consider the possibility that an employer's actions were based on legitimate business reasons, even if the employee had made a complaint?  **[This question is proposed by Defendant.  Plaintiff does not agree to it.]**

60.    Is there anything about the nature of a whistleblower retaliation case that would make it difficult for you to be fair and impartial to both sides?

6

61.     If the evidence shows that the employer's actions were for legitimate business reasons and not retaliation, would you be able to find in favor of the employer?

**General**

62.     Do you feel that you would be able to follow the judge's instructions of law even if you disagreed with her instructions and felt that the law ought to be otherwise?

63.     If, after hearing all the evidence in this case, you felt sorry for the plaintiff, but you also found that his rights had not been violated, would you want the plaintiff to be compensated by Mount Sinai?  If yes, please explain.

64.     If, after hearing all of the evidence in this case, you felt sorry for the plaintiff because Mount Sinai's reason for ending his probationary employment was because he underperformed, would you have a problem rendering a verdict for Mount Sinai if the judge told you that you were required to do so?

65.     Do you know of any reason that would prevent you from fairly considering the evidence in this case and reaching an impartial result?  If yes, please explain.

66.     Have you ever been a witness in a trial or a hearing?  If yes, please describe the type of case and the outcome.

67.     Have you ever served on a jury, whether in a criminal or a civil case, or on a grand jury?  Explain.

68.     Would anything about that experience affect your ability to be a fair and impartial juror on this case?

69.     Do you have any reason to believe that anything in your life experience would tend to make you partial to one side or the other in this case?

70.     If you were one of the parties to this case, is there any reason why you would be hesitant to have the case heard by a juror in your frame of mind?

71.     Do you have any physical problem that would make it difficult for you to sit as a juror on this case, such as a hearing loss or a need to take medication?

72.     If you are selected to serve as a juror, you will be required to decide the case based solely on the evidence introduced at trial and the instructions given to you by the judge, whether or not you agree with the law.  Do you have any reason to believe you could not do this?

73.     This case will require you to weigh evidence and decide whether the plaintiff has proven their claim by a preponderance of the evidence. Do you have any concerns about your ability to do that?

74.     If the evidence is evenly balanced, would you be able to return a verdict for the defendant, as the law requires?

75.     Do you know of any reason why you should not be a juror in this case?  If yes, please explain.

76.     Do you believe that an important function of juries in America is to send messages to employers to improve their behavior?

77.     Do you feel that employers deserve the same treatment in court as individual litigants?

78.     Do you have any belief or feeling for or against corporations or hospitals that might prevent you from being a completely fair and impartial juror in this case?

79.     Would you tend to give greater weight to the statements of Mr. Applegate simply because he was an employee and has filed this lawsuit against his former employer, Mount Sinai?

80.     Would you tend to give greater weight to the statements of Mount Sinai simply because it is a corporation and has asserted defenses against its former employee, Mr. Applegate?

81.     When you hear that someone has been discharged or demoted, do you tend to believe that he or she was not treated fairly?  If so, why?

82.     When someone complains about unfair treatment in the workplace, do you believe it is more likely than not that the person's story is true?

83.     Do you think employees ever bring unfounded claims against their employers?

84.     Do you think people actually fabricate their claims, or are they just mistaken about the thoughts and motivations of their co-workers and/or supervisors?

85.     Have you read or heard about cases where individuals sue their current or former employers, claiming their employers treated them improperly or unfairly?  What do you think about these kinds of lawsuits?

86.     Have you ever witnessed co-workers or supervisors, managers, or bosses commit or engage in unlawful or illegal acts while at work?  If yes, please explain.

87.     Do you trust large companies?

88.     Do you trust hospitals?

89.     Do you think people generally try to treat others at work fairly and with respect?

90.     Do you believe discrimination or retaliation is a major problem in the workplace today?

91.     From what you have heard or read, do you think that in recent years the money awards from lawsuits have generally been too high or too low or about right?

92.     From what you have heard or read, do you think that in recent years the number of lawsuits filed has generally been too high or too low or about right?